**SET  ASIDE and  REMAND; and Opinion Filed March 17, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01094-CV

**THE STATE OF TEXAS, Appellant**

**V.**

**AVB PARTNERS, LTD., A TX LTD. PARTNERSHIP, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-264-2013**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Brown, and Schenck
Opinion by Justice Lang-Miers

The State of Texas has filed a motion to dismiss its appeal pursuant to Texas Rules of Appellate Procedure 10.1 and 42.1(a)(2)(B).  The State advises that the parties have settled their differences and asks us to set aside the trial court's judgment without regard to the merits and remand this case to the trial court for rendition of judgment in accordance with the agreement of the parties.  Pursuant to the parties' agreement, we set aside the judgment of the trial court without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement.  TEX. R. APP. P. 42.1(a)(2)(B).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

141094F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

THE STATE OF TEXAS, Appellant

No. 05-14-01094-CV     V.

AVB PARTNERS, LTD., A TX LTD.
PARTNERSHIP, Appellee

On Appeal from the County Court at Law
No. 6, Collin County, Texas
Trial Court Cause No. 006-264-2013.
Opinion delivered by Justice Lang-Miers,
Justices Brown and Schenck participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **SET ASIDE** without regard to its merits and the case is **REMANDED** to the trial court for rendition of judgment in accordance with the agreement of the parties.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 17th day of March, 2015.